# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Fred Bergman Healthcare PTY Ltd. et al. v. Seneca Sense Technologies Inc.

Case Number: 1:22-cv-02167

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Fred Bergman Healthcare PTY Ltd. and Simavita (Aust.) PTY Ltd.

Attorney name (type or print): Amanda C. Maxfield

Firm: K&L Gates LLP

Street address: 70 W. Madison Street, Suite 3300

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6336337
(See item 3 in instructions)

Telephone Number: (312) 807-4205

Email Address: amanda.maxfield@klgates.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 11, 2022

Attorney signature: S/ Amanda C. Maxfield
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015