# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.

                              Plaintiff,

v.                                                                      Case No.: 1:22−cv−02167

                                                                                   Honorable John Robert Blakey

Seneca Sense Technologies Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 8, 2023:

      MINUTE entry before the Honorable M. David Weisman: The parties were directed on 11/21/23 (Dkt. #[59]) to jointly contact this Court's Courtroom Deputy, Alyssia Owens via email to schedule a mutually agreeable date for a settlement conference. The parties have not done so to date. No later than 3 p.m. on 12/11/23, the parties shall contact Ms. Owens to schedule the settlement conference, as previously directed. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.