**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Fred Bergman Healthcare Pty Ltd, et al.

                                      Plaintiff,

v.                                                      Case No.: 1:22−cv−02167
                                                      Honorable John Robert Blakey

Seneca Sense Technologies Inc.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

      MINUTE entry before the Honorable M. David Weisman: Status hearing set for 12/14/23 is stricken. A video settlement conference is set for 2/12/24 at 2:00 p.m. Plaintiffs' settlement letter shall be delivered to Defendant 1/29/24. Defendant&#0;39;s settlement letter shall be delivered to Plaintiffs by 2/5/24. The parties must also submit their respective documents by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Parties shall confer and send ONE email to Weisman_Chambers@;ilnd.uscourts.gov by 2/5/24, identifying the email addresses of the individuals who intend to participate in the settlement conference. Please note that settlement letters and documents are not to be filed on the CM−ECF system. The Court may reach out to counsel to have ex parte discussions in advance of the settlement conference if the Court believes such conversations would be warranted. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.