## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.

Plaintiff,

v.

Case No.: 1:22–cv–02167

Honorable John Robert Blakey

Seneca Sense Technologies Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2024:

 MINUTE entry before the Honorable M. David Weisman: Settlement conference held. All parties appeared by video conference. Parties made substantial progress in identifying issues necessary for settlement. To that end, the Court orders as follows: 1) By COB 2/14/24, counsel to meet and confer and reach agreement as to documents that defendant will produce (under Attorney Eyes Only designation) to demonstrate their technology does not infringe on plaintiffs' patent; 2) By COB 2/14/24, counsel to meet and confer and reach agreement as to scope (both meaning and timeframe) of temporary "no sales" agreement by defendant; 3) By COB 2/23/24, defendant agrees to make production of agreed upon documents; 4) By COB 3/5/24, plaintiffs to provide any specific requests related to technical changes believed to be necessary by plaintiffs for defendant's product not to infringe on plaintiffs' patent (or indicate that no changes are necessary); 5) By COB 3/15/24, defendant to provide a response to plaintiffs' position as to necessary changes for patent compliance (if any); 6) By noon on 3/20/24, counsel should jointly email a position as to settlement to Proposed_Order_Weisman@ilnd.uscourts.gov (the statement does not need to be agreed but should lay out succinctly each party's position as to settlement; 7) continued video settlement conference set for 3/22/24 at 8:30 a.m. (to accommodate plaintiff&#0;39;s time zone and travel circumstances). Parties shall confer and send ONE email to Weisman_Chambers@ilnd.uscourts.gov by noon 3/20/24, identifying the email addresses of the individuals who intend to participate in the settlement conference. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.