## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.
                              Plaintiff,

v.                                        Case No.: 1:22−cv−02167
                                        Honorable John Robert Blakey

Seneca Sense Technologies Inc.
                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 20, 2024:

    MINUTE entry before the Honorable M. David Weisman: At Plaintiffs' unopposed request (via email), the settlement conference set for 3/22/24 is stricken. No later than 3/25/24, the parties shall contact the Courtroom Deputy at Alyssia_Owens@ilnd.uscourts.gov to confirm a new date for the settlement conference and time. Plaintiff Simavita shall respond to the most recent information provided by Defendant no later than 3/22/24. Status hearing set for 4/3/24 at 9:15 a.m. for docket management purposes only. If a new settlement conference date and time has been confirmed, the status hearing will be stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.