UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.
                                        Plaintiff,
v.                                      Case No.: 1:22−cv−02167
                                        Honorable John Robert Blakey
Seneca Sense Technologies Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 26, 2024:

      MINUTE entry before the Honorable M. David Weisman: The Court has received an electronic communication that the parties continue to discuss exchanging additional information necessary for an effective continued settlement conference. Further, the parties suggest that "final" discussions will occur by 4/1/24, although there is no assurance that further mediation efforts will occur. In light of these developments, status hearing set for 4/3/24, which was presumptively set for docket management purposes, is converted to an actual status hearing to discuss the status of the case. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.