IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED BERGMAN HEALTHCARE PTY LTD. and SIMAVITA (AUST) PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SENECA SENSE TECHNOLOGIES INC. <br><br> Defendant. | Case No. 1:22-cv-02167 <br><br> Judge John Robert Blakey <br><br> JURY TRIAL DEMANDED |

**MOTION FOR LEAVE TO WITHDRAW**
**AMANDA C. MAXFIELD AS COUNSEL**

Pursuant to Local Rule 83.17, Plaintiffs Fred Bergman Healthcare Pty Ltd. and Simavita (Aust) Pty Ltd. (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully move for leave to withdraw the appearance of Amanda C. Maxfield as counsel of record in the above-captioned action.

No substitution of counsel is necessary as Plaintiffs will continue to be represented by Jeffrey Gargano, Devon Beane, and James Morgan Dixon of K&L Gates LLP. This Motion to Withdraw is not brought for purposes of delay and will not prejudice any party to this action.

WHEREFORE, it is respectfully requested that this Court enter an order granting leave for Amanda C. Maxfield to withdraw as counsel of record for Plaintiffs.

Dated: April 17, 2024

Respectfully submitted,

/s/ *Jeffrey Gargano*
Jeffrey R. Gargano
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: 312 807 4226
Fax: 312 827 8000
Email: Jeffrey.gargano@klgates.com

**Attorneys for Plaintiffs Fred Bergman Healthcare Pty Ltd. and Simavita (Aust) Pty Ltd.**