IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED BERGMAN HEALTHCARE PTY LTD. and SIMAVITA (AUST) PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SENECA SENSE TECHNOLOGIES INC. <br><br> Defendant. | Case No. 1:22-cv-02167 <br><br> Judge John Robert Blakey <br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 24, 2024, at 11:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiffs Fred Bergman Healthcare Pty Ltd. and Simavita (Aust) Pty Ltd. shall appear before the Honorable John Robert Blakey or any judge sitting in his stead, in Room 1203 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604 and present their Motion for Leave to Withdraw Amanda C. Maxfield as Counsel in the above-captioned matter.

1

Dated: April 17, 2024 

Respectfully submitted,

*/s/ Jeffrey Gargano*
Jeffrey R. Gargano
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: 312 807 4226
Fax: 312 827 8000
Email: Jeffrey.gargano@klgates.com

***Attorneys for Plaintiffs Fred Bergman Healthcare Pty Ltd. and Simavita (Aust) Pty Ltd.***