# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.

                                 Plaintiff,

v.                                             Case No.: 1:22−cv−02167

                                                       Honorable John Robert Blakey

Seneca Sense Technologies Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 19, 2024:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiffs' agreed motion to stay to facilitate settlement discussions [71] and vacates the outstanding dates set 11/29/23, see [61]. The parties shall file an updated status report by 5/24/24 concerning their efforts to resolve this matter and proposing appropriate revised case management dates. The Court also grants Plaintiffs' motion to withdraw the appearance of Amanda C. Maxfield [73] and directs the Clerk to remove Attorney Maxfield's name from the docket in this case. The 4/24/24 Notice of Motion date is stricken as to both motions. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.