# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.

                                              Plaintiff,

v.                                                                Case No.: 1:22−cv−02167

                                                                                             Honorable John Robert Blakey

Seneca Sense Technologies Inc.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2024:

      MINUTE entry before the Honorable M. David Weisman: Settlement conference held. Parties appeared via videoconference, although plaintiff did not appear. Based on the conversations held, the parties believe a further settlement conference would be productive. Status hearing set for 5/16/24 at 9:15 a.m. for docket management purposes. Counsel is directed to coordinate with Courtroom Deputy, Ms. Owens via email to select a date for a continued settlement conference in the near future. Once a date is confirmed, the status hearing will be stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.