# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.

                                        Plaintiff,

v.                                               Case No.: 1:22−cv−02167
                                                          Honorable John Robert Blakey

Seneca Sense Technologies Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 4, 2024:

      MINUTE entry before the Honorable M. David Weisman: Settlement conference held. All parties appeared via video conference. The parties made substantial progress towards resolution although further refinement is still required, and any agreement must be appropriately documented. Status hearing set for 6/11/24 at 9:15 a.m. to discuss status of settlement discussions. Parties to file a brief Joint Status Report by noon on 6/10/24 indicating whether the parties have reached an agreement, seek additional time to resolve the matter in lieu of a continued settlement conference, and any other issues counsel wish to raise. The Court thanks counsel for their professionalism in working towards resolution in this matter. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.