IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED BERGMAN HEALTHCARE PTY LTD. and SIMAVITA (AUST) PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SENECA SENSE TECHNOLOGIES INC. <br><br> Defendant. | Case No. 1:22-cv-02167 <br><br> JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

Pursuant to the Court's June 4, 2024, minute entry, Dkt. No. 78, the parties submit this joint status report.

The parties are continuing to actively engage in discussions and are negotiating in good faith. Both sides are demonstrating cooperation and a shared commitment to resolving the issues underlying the above-referenced matters. As a result, the parties are making progress towards an agreement and seek additional time to resolve the matter.

Dated: June 10, 2024                                Respectfully submitted,

                                                                         **K&L GATES LLP**

                                                                         /s/ *Jeffery Gargano*
                                                                         Jeffery R. Gargano
                                                                         Devon C. Beane
                                                                         **K&L Gates LLP**
                                                                         70 West Madison Street, Suite 3300
                                                                         Chicago, Illinois 60602
                                                                         Telephone: (312) 372-1121
                                                                         jeffrey.gargano@klgates.com
                                                                         devon.beane@klgates.com

*Attorneys for Plaintiffs Fred Bergman Healthcare Pty Ltd. and Simavita (Aust) Pty Ltd.*

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Michael Abernathy*
Michael J. Abernathy
Scott D. Sherwin
Karon N. Fowler
**Morgan, Lewis & Bockius LLP**
110 N. Wacker Drive
Chicago, Illinois 60602
Telephone: 312-324-1447
mike.abernathy@morganlewis.com
scott.sherwin@morganlewis.com
karon.fowler@morganlewis.com

*Attorneys for Defendant Seneca Sense Technologies Inc.*