IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED BERGMAN HEALTHCARE PTY LTD. and SIMAVITA (AUST) PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SENECA SENSE TECHNOLOGIES INC. <br><br> Defendant. | C.A. No. 1:22-cv-02167 <br><br> JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

Pursuant to the Court's June 10, 2024, minute entry, Dkt. No. 80, the parties submit this joint status report.

Plaintiffs no long wish to pursue settlement through mediation with the Court. As the Court may recall, during the last settlement conference the parties discussed the possibility of and generally agreed to new terms to facilitate settlement. Thereafter, counsel for Defendant served a proposal with those new terms. The proposal also contained several additional terms. Upon analysis of those additional terms, Plaintiffs no longer believes that a settlement is reasonably ascertainable.

Plaintiffs submit that the case be transferred back to Judge John R. Blakey with the recommendation that the stay remain in place until an appropriate schedule can be fashioned after the parties submit a joint status report as to the stage of the proceedings.

Defendant states that it has not received a counteroffer or a substantive explanation for Plaintiffs' rejection of its proposed offer. Defendant believes that even if Plaintiffs want to reject the proposed offer, further settlement discussions before this Court should continue to explore why

1

Plaintiffs have rejected the offer and if an agreement is possible.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 20, 2024 | **K&L GATES LLP** |
|  | /s/ *Jeffery Gargano* |
|  | Jeffery R. Gargano<br>Devon C. Beane<br>**K&L GATES LLP**<br>70 West Madison Street, Suite 3300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br>jeffrey.gargano@klgates.com<br>devon.beane@klgates.com |
|  | *Attorneys for Plaintiffs Fred Bergman Healthcare Pty Ltd. and Simavita (Aust) Pty Ltd.* |
|  | **MORGAN, LEWIS & BOCKIUS LLP** |
|  | /s/ *Michael Abernathy* |
|  | Michael J. Abernathy<br>Scott D. Sherwin<br>Karon N. Fowler<br>**Morgan, Lewis & Bockius LLP**<br>110 N. Wacker Drive<br>Chicago, Illinois 60602<br>Telephone: 312-324-1447<br>mike.abernathy@morganlewis.com<br>scott.sherwin@morganlewis.com<br>karon.fowler@morganlewis.com |
|  | *Attorneys for Defendant Seneca Sense Technologies Inc.* |