**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Fred Bergman Healthcare Pty Ltd, et al.

                           Plaintiff,

v.                                             Case No.: 1:22−cv−02167

                                                                     Honorable John Robert Blakey

Seneca Sense Technologies Inc.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 17, 2024:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Court inquired about status of settlement. Parties have not settled. Status hearing set for 7/30/24 at 9:15 a.m. for docket management only. The Court indicated it is generally available for a continued remote settlement conference the week of 8/19−24 to 8/23/24 with the exception of 10:30 a.m. on 8/19/24. After conferring with their clients, the parties shall jointly contact Alyssia Owens to secure a settlement date. If a settlement date has been confirmed, the status hearing will be stricken. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.