# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.

                          Plaintiff,

v.                                                      Case No.: 1:22−cv−02167
                                                            Honorable John Robert Blakey

Seneca Sense Technologies Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2024:

      MINUTE entry before the Honorable M. David Weisman: Status hearing set for 7/30/24 is stricken. A continued video settlement conference is set for 8/20/24 at 3:00 p.m. Parties shall confer and send ONE email to Weisman_Chambers@ilnd.uscourts.gov by 8/13/24, identifying the email addresses of the individuals who intend to participate in the settlement conference. Any additional settlement letters to be submitted to Proposed_Order_Weisman@ilnd.uscourts.gov by COB on 8/13/24. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.