**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Fred Bergman Healthcare Pty Ltd, et al.

                                                        Plaintiff,

v.                                                                                                        Case No.: 1:22−cv−02167
                                                                                                          Honorable John Robert Blakey

Seneca Sense Technologies Inc.

                                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 20, 2024:

      MINUTE entry before the Honorable M. David Weisman: Settlement conference set for 8/20/24 is stricken. Status hearing set for 9/5/24 at 1:00 p.m. to set a date for a settlement conference. If the parties contact Courtroom Deputy, Alyssia Owens via email at Alyssia_Owens@ilnd.uscourts.gov, prior to the status hearing with agreed dates and time for the Court to conduct a settlement conference, the status hearing may be stricken with no appearance will be necessary. Mailed notice (ao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.