## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Fred Bergman Healthcare Pty Ltd, et al.

Plaintiff,

v.

Case No.: 1:22–cv–02167
Honorable John Robert Blakey

Seneca Sense Technologies Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2025:

MINUTE entry before the Honorable John Robert Blakey: Settlement conference held on 12/18/2025. The parties are to meet and confer and contact the Courtroom Deputy if they believe a further settlement conference would be beneficial. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.