**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FRED BERGMAN HEALTHCARE PTY LTD. and SIMAVITA (AUST) PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SENECA SENSE TECHNOLOGIES INC. <br><br> Defendant. | C.A. No. 1:22-cv-02167 <br><br> JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on February 26, 2026 (Dkt. No. 117), Fred Bergman Healthcare Pty Ltd and Simavita (collectively "Plaintiffs") and Seneca Sense Technologies Inc. ("Defendant") jointly submit the following status report. The Parties have made significant progress updating the formal settlement agreement to include a mutual release, as stated at the prior settlement conference. Counsel for the Parties are currently exchanging redlined versions of the formal settlement agreement. At this time, the Parties expect to be able to complete the formal settlement agreement and present it to the Parties' respective Boards for approval without any further involvement from the Court. Should further involvement from the Court be requested Plaintiff or Defendant, the Parties will submit an updated Joint Status Report.

Respectfully submitted,

Dated: March 6, 2026                    **K&L GATES LLP**

                                        /s/ *Jeffery Gargano*

Jeffery R. Gargano
Devon C. Beane (*Pro Hac Vice* to be filed)
J. Morgan Dixon
**K&L Gates LLP**
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
jeffrey.gargano@klgates.com
devon.beane@klgates.com
jmorgan.dixon@klgates.com
*Attorneys for Plaintiffs Fred Bergman Healthcare Pty Ltd. and Simavita (Aust) Pty Ltd.*

**Morgan, Lewis & Bockius LLP**

/s/ *Scott Sherwin*

Michael J. Abernathy
Scott D. Sherwin
Karon N. Fowler
**Morgan, Lewis & Bockius LLP**
110 N. Wacker Drive Chicago, Illinois 60602
Telephone: 312-324-1447
mike.abernathy@morganlewis.com
scott.sherwin@morganlewis.com
karon.fowler@morganlewis.com

*Attorneys for Defendant Seneca Sense Technologies Inc.*

2